DAVID SCHRENELL & CO., INC., PLAINTIFF-RESPONDENT, v. HOUSING AUTHORITY OF THE CITY OF ATLANTIC CITY, DEFENDANT-PETITIONER.

*Mr. Isaac C. Ginsburg* for the petitioner.

*Messrs. Archer, Greiner, Hunter & Read, Mr. Benjamin A. Rimm, Mr. Charles Handler* and *Mr. Alan B. Handler* for the respondents.

October 13, 1958.   Denied.

ANITA HAZEK, PLAINTIFF-PETITIONER, v. LAWRENCE GREENE, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below:   51 *N. J. Super.* 545.

*Messrs. Pellettieri & Rabstein* for the petitioner.

*Messrs. Katzenbach, Gildea & Rudner, Mr. Gordon D. Griffin* and *Mr. Robert M. Dix* for the respondents.

October 13, 1958.   Denied.